1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00604 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING HEARING DATE AND |
| vs. ) | EXCLUDING TIME UNDER THE SPEEDY |
| ) | TRIAL ACT |
| ) | |
| JUAN MANUEL FLORES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Defendant Juan Manuel Flores, by and through Assistant Federal Public Defender Varell L. Fuller; and the United States, by and through Assistant United States Attorney Jeffrey B. Schenk, hereby stipulate that, with the Court's approval, the status hearing currently set for Tuesday, February 22, 2011 at 9:00 a.m., shall be continued to Tuesday, March 29, 2011, at 9:00 a.m.

The reason for the continuance is that the defense requires additional time to complete its investigation and research with respect to Mr. Flores safety valve eligibility.

For the foregoing reasons, the parties jointly request and agree to an exclusion of the time between February 22, 2011, and March 29, 2011, under the Speedy Trial Act, 18 U.S.C. §

Stipulation and [Proposed] Order
No. CR 10-00604 DLJ                              1

3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated: February 16, 2011

                                           _____/s/_____
                                           VARELL L. FULLER
                                           Assistant Federal Public Defender

Dated: February 16, 2011

                                           _____/s/_____
                                           JEFFREY B. SCHENK
                                           Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Tuesday, February 22, 2011, shall be continued to Tuesday, March 29, 2011, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between February 22, 2011, and March 29, 2011, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between February 22, 2011, and March 29, 2011, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between February 22, 2011, and March 29, 2011, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: February 17, 2011

                                           _____
                                         THE HONORABLE D. LOWELL JENSEN
                                         United States District Court Judge