BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JUAN MANUEL FLORES,<br><br>            Defendant. | No. CR 10-00604-DLJ<br><br>STIPULATION AND **ORDER** CONTINUING SENTENCING HEARING DATE |

### **STIPULATION**

Defendant Juan Manuel Flores, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Jeffrey B. Schenk, hereby stipulate and agree, subject to the Court's approval, the sentencing hearing currently set for Tuesday, August 30, 2011, at 10:00 a.m., be continued to Tuesday, September 27, 2011, at 10:00 a.m.

Mr. Flores has entered an open plea to three Counts of distribution of methamphetamine in violation 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and one Count of distribution of 5 grams or more of methamphetamine in violation of 21 U.S.C. §§ 841 (a)(1) and 841(b)(1)(B)(viii)).  A sentencing hearing is presently set in this matter for August 30, 2011, and counsel for Mr. Flores

anticipates being on leave on that date and therefore unavailable.  The defense respectfully request that the sentencing hearing date be continued.  The United States Probation Office has been consulted about the requested continuance and has no objection.  The parties further agree that the deadlines by which the United States Probation Office must disclose the draft and final pre-sentence reports shall be adjusted according to the new sentencing date.

Dated: July 28, 2011

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated  July 28, 2011

_____/s/_____
JEFFREY B. SCHENK
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that the sentencing hearing date set for Tuesday, August 30, 2011, at 10:00 a.m. is continued to Tuesday, September 27, 2011, at 10:00 a.m., and the dates by which United States Probation must disclose the draft and final pre-sentence reports shall be adjusted accordingly.

Dated: July 29, 2011

_____
THE HONORABLE D. LOWELL JENSEN
United States District Court Judge